# EXHIBIT 1

## Combined Subtotals



| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Investor | | |
| A.B. | | 14,980.00 |
| A.J. | | 50,000.00 |
| B.C. | | 79,930.00 |
| B.P. | 8,240.00 | 34,038.00 |
| B.Z. | | 100,000.00 |
| D.B. | | 57,000.00 |
| G.C. | | 20,000.00 |
| ILS (UK) Limited | | 4,713.50 |
| J.W. | | 40,000.00 |
| M.C. | | 15,000.00 |
| O.S. | | 9,975.00 |
| P.H. | | 1,910.00 |
| P.R. | | 30,000.00 |
| R.B. | 5,000.00 | 5,000.00 |
| R.B. & L.B. | 10,000.00 | 10,000.00 |
| R.M. | | 50,000.00 |
| R.U. | | 289,923.20 |
| W.B. | 60,000.00 | 72,000.00 |
| Westray Holdings Limited | | 120,775.00 |
| Investor Total | 83,240.00 | 1,005,244.70 |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| | | |
| Cash | | |
| ATM Deposit | | 100.00 |
| ATM Withdrawal | 136,900.34 | |
| Cash Deposit | | 4,264.00 |
| Cash Withdrawal | 51,025.00 | |
| Cash Withdrawal from 5837 | 134,124.00 | |
| Cash Withdrawal from 9088 | 37,000.00 | |
| Customer Withdrawal | 98,707.23 | |
| Deposit | | 1,010.00 |
| Moazzam Malik | 58,890.00 | 14,790.00 |
| Transfer to Moazzam Malik | 10,000.00 | |
| Cash Total | 526,646.57 | 20,164.00 |
| | | |
| Food/Entertainment | | |
| 230 Fifth | 352.82 | |
| 2nd Avenue Smokeshop | 28.00 | |
| 3 La Provence | 20.48 | |
| 3 Sheets Saloon | 69.00 | |
| 5 Bar Karaoke | 88.04 | |
| 7-Eleven | 1,376.47 | |
| 876 Market | 619.18 | |
| 9Th Street Village Farm | 81.89 | |
| Adana Grill | 106.82 | |
| AK Gourmet | 31.00 | |
| Akdeniz | 86.05 | |
| ALA Saigon | 29.94 | |
| Amarone Restaurant | 116.91 | |
| AMC | 43.00 | |
| Anatolian Gyro | 53.34 | |
| Anyway Café | 76.00 | |
| AOA Bar Grill | 29.04 | |
| Applebees | 100.80 | |
| Arbys | 5.93 | |
| Atomic Wings | 10.61 | |
| Balthazar | 177.55 | |
| Bar Majestic | 24.33 | |
| Beekman Beer Garden | 204.02 | |
| Best Price Deli Grocery | 14.50 | |
| Bierhaus NYC | 456.84 | |
| Bit Fish | 528.97 | |
| Bit O Paris | 125.00 | |
| Bit Steak | 431.98 | |
| Black Market | 91.30 | |
| Blarney Rock Pub | 288.00 | |
| Blockbuster Inc | 38.23 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Blu Sushi | 108.63 | |
| Blue Room | 74.00 | |
| Borders | 145.78 | |
| Bourbon Street Bar Gril | 96.34 | |
| Bowlmor Lanes | 60.60 | |
| Bradford Seafood Rest | 16.73 | |
| Bradford Ski Area | 161.75 | |
| Brass Monkey | 20.00 | |
| Brass Monkey LLC | 86.00 | |
| Bubor Cha Restauran | 18.19 | |
| Burdick Choco | 2.50 | |
| Burger Burger | 10.62 | |
| Burger King | 25.27 | |
| Bxl Cafe | 558.75 | |
| C Town | 32.02 | |
| Cadillac Cantina | 38.47 | |
| Cafe Cello | 30.25 | |
| Cafe Centro | 60.03 | |
| Cafe Hanover | 2,091.76 | |
| Cafe Napoli | 277.91 | |
| Canteen | 66.47 | |
| Canton Kitchen | 140.95 | |
| Capital Grille | 278.07 | |
| Captains Ketch | 158.29 | |
| Chelsea Karaoke Inc | 82.00 | |
| China Chowk | 48.05 | |
| Chinese And Hi | 26.75 | |
| Chinese Gourmet | 235.30 | |
| Chinese Hispanic Grocer | 13.00 | |
| Chinese Mirch | 439.22 | |
| Chipotle | 558.43 | |
| Chuck E Cheese | 54.47 | |
| Chutneys | 45.20 | |
| Cielo | 62.80 | |
| City 74 Market | 40.65 | |
| City Cafe Ranch 1 | 23.35 | |
| Cityside Bar and | 24.00 | |
| Coffee Shop | 739.63 | |
| Cork N Fork | 196.58 | |
| Cosmic Rays Starli | 26.69 | |
| Cucina Bene | 65.50 | |
| Darbar Restaurant | 74.76 | |
| Disney Resort Alls | 168.37 | |
| Dominos | 123.49 | |
| Dos Caminos | 36.58 | |
| Dos Toros | 10.50 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Double Wide Bar | 40.00 | |
| Dunkin | 56.24 | |
| East Village Farm | 24.00 | |
| Eastern Fruits Vegeta | 84.58 | |
| Eataly Pizza Pasta | 181.32 | |
| El Tequilazo | 2,795.73 | |
| Elephant And Castle | 104.19 | |
| Esperanto Restaurant | 214.07 | |
| Evergreen On 38 | 31.13 | |
| Fandango Com | 32.00 | |
| Feedgrabbreu | 9.90 | |
| Felipes Taqueria | 23.43 | |
| Flying Bridge Rest | 152.52 | |
| Food Court | 9.82 | |
| Food Exchange 309 | 8.69 | |
| Fresh Salt Cafe | 92.00 | |
| Friendly Ice Cream | 91.23 | |
| Fuji Rising Dragon | 16.15 | |
| Garcia Brogan Cantina | 63.88 | |
| Gaslight | 20.00 | |
| Gmt Tavern | 194.00 | |
| Good Times Sports Bar | 25.75 | |
| Goodburger | 58.74 | |
| Gotham Coffee | 13.00 | |
| Gourmet 45 | 172.51 | |
| Green Star Foods | 25.28 | |
| Grendels Den Restaurant | 28.50 | |
| Gristedes | 10.63 | |
| Grocery | 13.00 | |
| Guillo Place | 200.00 | |
| Harrys Cafe Steak | 976.34 | |
| Harrys Italian | 262.04 | |
| Haverhill Brewery | 22.98 | |
| Heartland Brewerv Times | 55.18 | |
| Heartland Brewery Times | 756.23 | |
| Home Sweet Home | 556.00 | |
| Hong Kong Supermarket | 15.28 | |
| Horus Cafe | 401.30 | |
| Horus Kabab House | 345.03 | |
| Hudson Bar Hudson Hotel | 46.00 | |
| Hudson Produce Inc | 17.29 | |
| Irish Punt | 372.05 | |
| Island Lounge | 18.13 | |
| Jane Street Restaurant | 84.00 | |
| Jersey Farm Liquor | 18.20 | |
| Jimmy At The James | 1,227.91 | |

Combined Subtotals



| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| JP Licks At Harvar | 15.98 | |
| Jubilee Market Place | 12.47 | |
| Judge Roy Bean | 63.61 | |
| Kabab King | 238.75 | |
| Kabab King Jackson | 103.42 | |
| Kabin | 104.00 | |
| Karaoke Boho | 68.00 | |
| KGB Bar | 236.00 | |
| Khyber Pass Restaurant | 23.52 | |
| Killarney Rose | 71.76 | |
| Killington Lift Tickets | 579.00 | |
| Killington Snow Shed | 53.92 | |
| Kumo Sushi | 26.50 | |
| La Barrique | 52.83 | |
| Le Pain Quotidien | 34.09 | |
| Le Relais De Venise | 129.69 | |
| Le Souk | 333.15 | |
| Lemongrass Grill | 16.88 | |
| Les Halles | 89.12 | |
| Les Halles Downtown | 29.05 | |
| Library Bar Hudson Hotel | 37.00 | |
| Liquiteria | 33.65 | |
| Liquor Wine | 56.96 | |
| Lit Lounge | 78.00 | |
| Loho Gourmet Deli | 28.75 | |
| Louises And Jerrys Tavern | 245.00 | |
| Lovers Of Today Bar | 55.00 | |
| Magic Kingdom Tickets | 202.36 | |
| Maid Of The Mist | 51.00 | |
| Manadaly Bay Mizuya | 57.02 | |
| Manav Deli | 26.00 | |
| Mari Vanna | 188.52 | |
| Marivanna | 359.41 | |
| Market Basket | 152.38 | |
| Martins News Shops | 20.10 | |
| Master Wok South Station | 5.79 | |
| Max Brenner | 56.57 | |
| Maxines Rstr Kung Fu | 903.74 | |
| Mcanns Bar Grill | 1,452.82 | |
| Mcdonalds | 80.78 | |
| McQuades Marketplace | 55.28 | |
| Mercury Bar | 20.45 | |
| Mickey Mantles Restau | 41.84 | |
| Midway Liquors | 48.20 | |
| Mini Thai Café | 43.45 | |
| Mira Liqour And Wine | 55.52 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Mortons Of Chicago | 98.66 | |
| Mr. G S Restaurant | 77.00 | |
| Muldoons Irish Pub | 937.75 | |
| Nanking | 330.24 | |
| Nello | 90.77 | |
| Nelson Blue | 202.00 | |
| New York Supermarket | 87.82 | |
| Niagara Bar | 164.00 | |
| Nizga Liquor | 48.96 | |
| No 1 Chinese Restaura | 234.06 | |
| Obriens Irish Pub | 438.41 | |
| Ocean House Food Bev | 152.04 | |
| Off The Wagon | 42.00 | |
| Om Restaurant | 27.99 | |
| On Ocean 7 | 173.02 | |
| One Mile House | 374.75 | |
| O'Reillys Pub & Restaurant | 1,584.05 | |
| Ottos Tacos | 17.42 | |
| Ozbar Lounge | 100.00 | |
| P F Changs | 135.23 | |
| Pacific Grill | 560.57 | |
| Papa Johns | 27.26 | |
| Paratha Junction Inc | 21.28 | |
| Pare Liquor Store | 52.80 | |
| Parm Mulberry | 193.14 | |
| Passage To India | 68.97 | |
| Pearl St Diner | 68.50 | |
| Planet Hollywood Orl | 69.02 | |
| Playwright Act III | 325.00 | |
| Plum Pizzeria Bar | 70.48 | |
| Pop Pub | 47.23 | |
| Popeyes | 6.52 | |
| Pound Pence | 720.14 | |
| Puglia Restaurant | 26.00 | |
| Pulinos Bar Pizzeri | 242.51 | |
| Qdoba Mexican Grill 429 | 7.79 | |
| Quick Six Discount Liqu | 15.49 | |
| Raf Deli | 17.12 | |
| Raj Mahal Restaurant | 75.85 | |
| Red Lobster | 109.98 | |
| Redemption Grill | 270.00 | |
| Rivington | 40.00 | |
| Rome Pizzeria & Grill | 13.49 | |
| Rosetta Fine Wines And | 109.60 | |
| Royal India Restaurant | 26.45 | |
| Russell House Tavern | 350.92 | |

Combined Subtotals



| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Ryan's Irish Pub | 76.00 | |
| Serafina Meatpacking | 68.52 | |
| SGS Edibles | 3.27 | |
| Shoprite | 189.34 | |
| Skyway Minimart Inc | 13.75 | |
| Smith Wollensky | 103.83 | |
| Sofia Indico Restauran | 33.25 | |
| Sophia Wine Bar Cafe | 32.13 | |
| Southwest NY | 60.63 | |
| Spa Restaurant | 23.85 | |
| Sparks Steak House | 105.71 | |
| Speedys Deli | 19.14 | |
| Spice Thai Cuisine | 34.80 | |
| Sport Goofy Sport | 167.67 | |
| Starbucks | 12.03 | |
| Statue Cruises | 26.00 | |
| Stella Maris | 630.57 | |
| Stillwater Bar Grill | 52.00 | |
| STK Out Rooftop | 24.00 | |
| Stop Shop | 775.15 | |
| Stout | 136.95 | |
| Subway | 65.84 | |
| Sun Chan Restaurant | 111.75 | |
| Taco Bell | 55.04 | |
| Taco Rico Of Doral Inc | 13.50 | |
| Tacombi NYC | 24.50 | |
| Taj Mahal Indian Restau | 70.60 | |
| Tedeschi Food | 263.74 | |
| Tenzan Japanese Cuisine | 85.85 | |
| Texas Arizona | 155.13 | |
| The Bailey Pub | 187.02 | |
| The Campbell Apartment | 126.05 | |
| The Charlie Horse | 70.25 | |
| The Dubliner | 608.96 | |
| The Edge Bar | 23.00 | |
| The Full Shilling | 24.50 | |
| The Half Door | 31.00 | |
| The Harp Bar | 44.00 | |
| The Highlander NYC | 750.91 | |
| The Irish American | 600.95 | |
| The Mad Italian Inc | 17.75 | |
| The Mussel Pot | 42.11 | |
| The Peddlers Daughter | 86.70 | |
| The Perfect Pint | 34.00 | |
| The Raines Law Room | 74.06 | |
| The Red Lion | 264.50 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| The Standard Highline | 99.66 | |
| The Stanton Social Club | 34.31 | |
| The Taco Truck | 8.03 | |
| The Watermelon Pod | 139.00 | |
| Thirsty Scholar | 90.00 | |
| Three Of Cups | 27.60 | |
| Tommy Doyles Irish Pub | 18.00 | |
| Trader Joes | 229.03 | |
| UA Union Square 14 | 72.00 | |
| Ulysses Folk House | 2,659.09 | |
| Universal Orlando | 39.40 | |
| University Market Place | 32.50 | |
| Veselka Coffee Shop | 44.33 | |
| Vidhan Foods Inc | 163.93 | |
| Village Gourmet Grocery | 42.01 | |
| Village Pourhouse | 38.66 | |
| W NY Oasis Whiskey Blue | 1,289.00 | |
| Waldorf Bull Bear | 25.78 | |
| Washington Square Diner | 26.60 | |
| Wendys | 43.99 | |
| Wendy's | 5.54 | |
| Whole Foods | 54.09 | |
| Wicked Willys | 287.00 | |
| Wok Roll | 11.52 | |
| Wollaston Wine Spirit | 108.83 | |
| Woodys Famous Salad Qsr | 21.45 | |
| WS Super Deli Inc | 30.48 | |
| Yaffa Cafe | 100.11 | |
| Yak Yeti Restaurant | 56.38 | |
| Yem Falafel Inc | 28.65 | |
| Yum Too | 68.60 | |
| Food/Entertainment Total | 51,132.47 | |
| | | |
| Personal Expenses | | |
| 134 Fulton St | 146.18 | |
| 14th Street Bi | 2,131.69 | |
| 16 Handles | 15.12 | |
| 1st Ave Brother Ji | 17.00 | |
| 21 Jewelry | 65.31 | |
| 24 Hour Fitness | 755.92 | 187.98 |
| 2400 Sunrise | 53.45 | |
| 2nd Ave Farm | 31.57 | |
| 5104 NYHRC 45th Street | 312.00 | |
| 599Dvd Com | 44.60 | |
| 6 11 Variety Gas | 73.48 | |
| 99 Cents The Limited | 15.73 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| 99Rrant 30080Stoneh | 106.54 | |
| ABC Choice Fitness | 98.97 | |
| Addiction Ink | 195.98 | |
| Advance Auto Parts | 7.96 | |
| AFNI Inc | 60.14 | |
| Alpian Garment Care | 199.70 | |
| Amazon Marketplace | 52.83 | 17.61 |
| Amazon.com | 154.76 | |
| American Apparel | 22.00 | |
| American Eagle | 274.27 | |
| AMI Jukebox Music | 5.00 | |
| AMS Payments Due | 1,066.11 | |
| Amys Dry Clean Tailor | 46.65 | |
| Apna Bazar Cash Carry | 37.88 | |
| Apple Itunes Store | 24.50 | |
| Apple Store | 325.54 | |
| Astroland Furniture | 141.53 | |
| Asurion Wireless Ins | 150.00 | |
| AT&T | 762.06 | |
| AWL Pearson Education | 60.50 | |
| Banana Republic | 163.21 | |
| Beach Blitz | 83.80 | |
| Beachfront Parking | 28.25 | |
| Beauty Bar | 79.00 | |
| Becketts | 964.94 | |
| Bed Bath & Beyond | 1,392.42 | |
| Bedford Express | 85.14 | |
| Bernie | 903.10 | |
| Best Buy | 11,092.95 | 1,328.20 |
| Better Way Who | 8,811.00 | |
| Big Apple | 49.49 | |
| Bigstockphoto.com | 29.00 | |
| Biondis Service Center | 106.00 | |
| BP | 75.05 | |
| Brilliant Tire Corporat | 29.00 | |
| Brooklyn House Of Carpe | 1,200.00 | |
| Century Twenty One | 4,697.11 | |
| Charles Tyrwhitt Shirts | 65.53 | |
| Choice Fitness Haverhi | 44.00 | |
| Chrysler Garage | 60.00 | |
| Chunnu News Inc | 40.50 | |
| Church Street Lot | 45.00 | |
| Circle K | 120.47 | |
| Citipups | 1,069.78 | |
| Clancy D Boynton DMD | 6,077.00 | |
| Comcast | 583.82 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Convenience Station | 9.50 | |
| Convergent Outsourcing | 958.00 | |
| Craigslist Org | 275.00 | |
| Craigslist.Org | 50.00 | |
| Cumberland Far | 77.91 | |
| Customink TShirts | 130.86 | |
| CVS | 302.18 | |
| CVS Pharmacy | 11.97 | |
| Daf Gas Corp | 30.02 | |
| Dah Shop | 18.24 | |
| Davinci Virtual Office | 571.00 | |
| DBA NYC | 55.00 | |
| Del Air Heating Co | 79.00 | |
| Delaware Corp Filings | 700.00 | |
| Delaware Inc | 50.00 | |
| Department of State | | 200.00 |
| Dga Vault Corp | 65.25 | |
| Diamonds Dials Greely | 1,800.00 | |
| Diesel | 206.86 | |
| Diwan E Khaas | 89.25 | |
| DJ24SS LLC | 517.81 | |
| Dokbua | 35.75 | |
| Dri Microsoft Office | 111.04 | |
| DSW Union Square | 229.47 | |
| Duane Reade | 1,939.44 | |
| Eastern Account System | 446.88 | |
| Ebay Inc | 220.59 | |
| Eddie Mikes Sunoco | 20.00 | |
| Elsayed III Corp | 597.28 | |
| EMS | 861.41 | |
| Equinox 108 | 380.00 | |
| Equinox Moto 108 | | 380.00 |
| Esignal | 1,574.57 | |
| Eternity Beachwear And | 39.94 | |
| EVR | 390.48 | |
| Exchange Cleaners | 556.00 | |
| Exxonmobil | 1,067.05 | |
| FaceBook | 111.35 | |
| Farmingdale | 36.50 | |
| Fashionhaus | 287.02 | |
| Fedex | 294.53 | |
| Finale | 65.73 | |
| Fitzpatrick Grand Cen | 667.76 | |
| Fly Low Inc | 614.00 | |
| Fore River Fishing Tack | 19.64 | |
| Forever 21 | 121.50 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Forgtmenot | 251.37 | |
| Fossil 210 | 59.88 | |
| Freehand Miami Broken | 124.41 | |
| Fresh Express Citgo | 29.88 | |
| Furniture City Flatbus | 2,700.00 | |
| Furniture USA | 395.00 | |
| Gap | 142.95 | |
| Gas Mart | 20.00 | |
| GD 44St Cleaners | 15.00 | |
| Geico | 503.72 | |
| Gem Spa | 50.00 | |
| Georges Hair Styling | 20.00 | |
| Getty | 27.97 | |
| GoDaddy.com | 237.49 | |
| Goddess Lashes | 794.00 | |
| Google | 48.04 | |
| Google *Adws | 300.00 | |
| Google cinemassive | 924.00 | |
| Gulf Oil | 203.99 | |
| Haandi | 84.40 | |
| Haffners Service Station | 19.68 | |
| Harvard Bkstr | 636.91 | |
| Harvard Business Service | 100.00 | |
| Harvard Continuing Educ | 12,000.00 | 2,575.00 |
| Harvard Coop | 500.39 | |
| Hedge Fund Association | 200.00 | |
| Henley | 307.04 | |
| Henri Bendel | 101.25 | |
| Hess | 100.66 | |
| High Design Jewelry | 164.18 | |
| Holyoke Center Garage | 80.00 | |
| Hot Clay Oven | 68.25 | |
| Houston Street BP | 53.11 | |
| Houston Village | 17.44 | |
| Hp Home Store | 526.94 | |
| Hudson News | 16.32 | |
| Ideal Cars Service Center | 1,057.42 | |
| Ikea | 3,983.75 | |
| Ikea Direct Internet | 1,830.14 | |
| Ikea Home Shopping | 504.56 | 155.12 |
| In With The US | 40.63 | |
| Investorleads Com | 1,000.00 | |
| J R Appliance Outlet | 38.04 | |
| J R Audio Video Portabl | 42.44 | |
| J R Music | 2,462.37 | |
| J R Music J R Computer | 585.65 | |

## Combined Subtotals



| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Jan Linhart DDS | 300.00 | |
| Jay Maadi LLC | 29.95 | |
| JCPA | 110.00 | |
| Jcpenney | 255.50 | 154.71 |
| Jerry Christal Insuranc | 365.00 | |
| Jersey City Gas | 20.00 | |
| Jim Bradys | 172.75 | |
| Jos A Bank | 355.67 | |
| Joseph Tailor Shop | 88.00 | |
| Jyc Inc | 41.72 | |
| Karat 22 Jewel | 6,600.00 | |
| Killington Mar | 35.82 | |
| Kmart | 255.05 | |
| Koh Art Gallery | 43.55 | |
| Kohls | 270.53 | |
| Kunal Jewelers | 12,250.00 | |
| Lafayette Square | 151.02 | |
| Lafayette Square Citgo | 78.40 | |
| Laundry Card | 40.00 | |
| Lingo.com | 62.46 | 30.32 |
| Linkedin.com | 1,473.54 | |
| Location 835 | 148.70 | |
| Lot Less Closeout | 28.96 | |
| Macao Trading Co | 126.71 | |
| Macys | 3,863.35 | |
| Maharajah | 76.15 | |
| Malhi Optimo Corp | 13.50 | |
| Manhattan Proper Concept | 62.26 | |
| Marshalls | 49.98 | |
| Mass Communications | 551.77 | |
| Microsoft | 38.39 | |
| Microsoft Office | 65.28 | |
| Mitel Technolog Des Inc | 1,430.59 | |
| Mlb Enterprises | 55.00 | |
| MMA Admissions | 50.00 | |
| Mobile Inc | 125.21 | |
| Modells | 82.20 | |
| Mohammad Azam Massi | 19.70 | |
| Mondrian Isola | 51.92 | |
| Mondrian Mr Hung | 35.40 | |
| Moshi | 28.98 | |
| Msft | 104.43 | |
| Msft Online Bill | 130.65 | |
| MTA | 1,219.00 | |
| My Suit Wst | 1,077.86 | |
| Myriad Supply Company LLC | | 448.00 |

Combined Subtotals



| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Namecheapinc | 13.04 | |
| National Grid | 347.13 | |
| New York Cleaners | 120.30 | |
| New York Mart | 13.12 | |
| New York State DMV | 128.50 | |
| Newsday Advertising | 323.40 | |
| Niagara Lei | 193.00 | |
| Nl Cpk Kiosk 30033237 | 12.77 | |
| NY Health and Racquet | 355.00 | |
| Ny State Tax Payment | 441.07 | |
| NYC Office Suites | 9,051.90 | |
| NYC Parking Fine | 117.86 | |
| NYHRC | 348.45 | |
| NYSC Wall | 158.03 | |
| NYU Dental Clinic | 3,650.00 | |
| Oakleys Car Wash | 26.12 | |
| Only Cool Cars | 5,750.00 | |
| Ops Coinmach Continent | 10.00 | |
| Optical 88 Hester Inc | 280.00 | |
| ORC Paymybil Asset Acce | 1,140.00 | |
| ORCC | 2.95 | |
| Papas Pets Inc | 50.57 | |
| Parking Garage | 15.00 | |
| Pat O'Briens | 224.98 | |
| PathTVM Journal Square | 47.00 | |
| PathTVM World Trade Cen | 14.00 | |
| Paypal | 3,258.52 | 51.75 |
| Paypal 402-935-7733 | 298.38 | |
| Paypal aceligentin | 5,813.01 | |
| Paypal dnregistrar | 39.95 | |
| Paypal ebay Inc | 30.95 | |
| Paypal greencitize | 261.33 | |
| Paypal liljedahlwe | 67.00 | |
| Paypal majid313 | 3,200.00 | |
| Paypal misraamit | 249.33 | |
| Paypal Moonshadow | 1.71 | |
| Paypal skype | 6.99 | |
| Paypal TLSCreative | 180.00 | |
| Paypal wholseller | 81.00 | |
| Paypal WirelessPay | 3.75 | |
| PC Richard Son | 705.36 | |
| Penn Credit Nation Gr | 848.00 | |
| Petco | 174.30 | |
| Petopia | 32.14 | |
| Phillip Williams Poster | 43.55 | |
| Platepass Hertz Tolls | 135.80 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Powerobjects | 5.04 | |
| PR Newswire | 249.00 | |
| PR.com | 269.95 | |
| Preferred Auto Tire | 75.00 | |
| Prime Time | 85.88 | |
| Property Mgmt Payment | 1,620.90 | |
| Provocateur | 61.93 | |
| Punjab Pharmacy | 31.00 | |
| Qiran Com Matrimonial | 49.99 | |
| Queens Chronicle | 375.00 | |
| Radio Shack | 197.04 | |
| Red White Blue | 11.89 | |
| Regal Atlas Park Stdm 1 | 25.00 | |
| Rent A Center | 579.85 | |
| Ricky Smith Pontiact | 1,500.00 | |
| Rite Aid | 53.89 | |
| RMG Regus | 10,074.24 | |
| Rock Center 225151 | 484.17 | |
| Room Service | 59.54 | |
| Rt 302 Rt 17 Valero | 3.80 | |
| Runway Swimwea | 63.13 | |
| Salmon River | 42.00 | |
| Salon 25 | 383.40 | |
| Scottrade Inc | | 5,000.00 |
| Seans Diamond | 598.81 | |
| Sears | 279.37 | |
| See 524 | 461.70 | |
| Shafique Ahmed | 16.70 | |
| Sharp Parking LLC | 49.00 | |
| Shell Oil | 299.03 | |
| Shell Service | 329.44 | |
| Sit Down NY | 1,654.14 | |
| Skill Hair Salon | 19.86 | |
| Skype | 20.00 | |
| Smilers | 99.24 | |
| Spike Hill | 14.00 | |
| Sq 1398 Wireless Inc | 70.77 | |
| Sq Charles Hansons | 669.85 | |
| Sq Everything About Cr | 9.75 | |
| Sq Exchange Cleaners | 145.17 | |
| Staples | 5,137.45 | 78.32 |
| Statue of Liberty Gift Ctr | 25.53 | |
| Strand Book Store | 717.24 | |
| Stuyvesant Stationery | 34.00 | |
| Subway South Statn | 15.00 | |
| Subway Wollaston | 16.75 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Sunoco | 218.98 | |
| Super Petro Quincy 2 | 35.00 | |
| Surf Style | 26.74 | |
| Target | 1,243.64 | |
| Terroir | 202.97 | |
| The Best Of New York | 991.89 | |
| The Home Depot | 502.51 | |
| The Mens Wearhouse | 1,922.38 | |
| The Tux Shop Of New York | 102.49 | |
| The UPS Store | 108.34 | |
| The Video And Music | 7.57 | |
| The Village Veterinaria | 943.99 | |
| Think Pink Nail Spa | 32.10 | |
| This Pix | 96.68 | |
| Time Warner NYC | 44.99 | |
| T-Mobile | 4,137.50 | |
| Tmobile Handset | 170.00 | |
| TMS James Enterprises | 83.50 | |
| Toy | 28.00 | |
| Trinity | 32.25 | |
| TWC Time Warner | 792.36 | |
| U Haul | 1,075.14 | 65.00 |
| U Haul Moving | 274.62 | 33.30 |
| U Haul Moving Storage | 1,221.17 | 37.80 |
| University Application | 70.00 | |
| Urban Outfitter | 101.06 | |
| USPS | 941.82 | |
| Vein Specialist Of New | 445.00 | |
| Verizon | 1,636.12 | |
| Vesta GoSmart | 97.98 | |
| Via Delia Pace | 164.55 | |
| Vip Mens Suits | 332.00 | |
| Vision Fincl General | 625.36 | |
| Vjv It Consulting LLC | 3,113.83 | |
| Vonage | 10,003.40 | 48.62 |
| VZWRLSS*IVR | 145.36 | |
| W NY Ts Living Room 1 | 56.64 | |
| Wal Mart | 801.41 | |
| Walgreens | 465.69 | |
| Ward 3 | 48.00 | |
| West 3rd Common | 92.40 | |
| Western Union | 3,103.50 | |
| Weymouth Automotive Sal | 250.00 | |
| Wheelers Gas Conveni | 35.01 | |
| White And Blue Group | 25.52 | |
| Wilco | 71.88 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Wireless To Go Broadway | 87.09 | |
| World Trade Art Gallery | 190.54 | |
| Worth Street Veterinary | 124.00 | |
| Yahoo | 196.95 | |
| Young America Capital LLC | 3,000.00 | 1,000.00 |
| Personal Expenses Total | 233,610.15 | 11,791.73 |
| | | |
| Fee | | |
| ACH Fee | 36.86 | |
| ATM Fee | 816.30 | |
| Fee Reversal | | 490.00 |
| Maintenance/Service Charge Fee | 106.00 | |
| Monthly Fee | 12.00 | |
| Monthly Maintenance Fee | 60.00 | |
| Non-Sufficient Funds Fee | 11,130.00 | |
| Non-Sufficient Funds Fee Reversal | | 105.00 |
| Return Item Fee | 70.00 | |
| Transfer Fee | 29.00 | |
| Wire Fee | 2,240.00 | |
| Wire Transfer Fee | 122.00 | |
| Fee Total | 14,622.16 | 595.00 |
| | | |
| Funds Transfer | | |
| Interactive Brokers LLC | 80,000.00 | 194,240.00 |
| Transfer from ? | | 7,300.00 |
| Transfer from Chk 0077 | | 928.13 |
| Transfer from Chk 5837 | | 2,453.23 |
| Transfer to Chk 0077 | 2,453.23 | |
| Transfer to Chk 0156 | 1,100.00 | |
| Transfer to Chk 4258 | 20,500.00 | |
| Transfer to Chk 4347 | 8,000.00 | |
| Transfer to Chk 5837 | 1,928.13 | |
| Transfer to Chk 6438 | 3,000.00 | |
| Transfer to Chk 6788 | 13,000.00 | |
| Transfer to Chk 8228 | 6,300.00 | |
| Transfer to Chk 9761 | 5,000.00 | |
| Transfer to Wall Street Creative | 40,000.00 | |
| Wall Street Creative | 55,000.00 | |
| Wall Street Creative Partn | 5,000.00 | |
| Wolf Hedge Global LP | 3,400.00 | |
| Funds Transfer Total | 244,681.36 | 204,921.36 |
| | | |
| Relative | | |
| Reza M Malik | 10,700.00 | |
| Zohaib Ifzal Malik (Check #996) | 4,000.00 | |
| Zohaib Ifzal Malik (Check #998) | 3,000.00 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| Zohaib Malik | 24,169.00 | |
| Relative Total | 41,869.00 | |
| | | |
| Travel | | |
| Aashram Hotel By Niaga | 203.39 | |
| Amber Lantern Motel | 83.25 | |
| American Airlines | 981.80 | |
| Animal Kingdom Guest Rel | 191.70 | |
| Astoria Taxi | 78.40 | |
| Atkinsons Inn Suites | 74.69 | |
| Best Western | 268.99 | |
| Bos Taxi | 16.25 | |
| Capt Daniel Packer Inne | 117.84 | |
| Carlton Arms Hotel | 120.00 | |
| Cheapoair Com Air | 16.00 | |
| Columbia Harbor House | 17.44 | |
| Days Inns Boston | 136.19 | |
| Delta Air | 2,592.20 | |
| Delta Airlines | 316.90 | |
| Delta Onboard | 11.99 | |
| Econolodge Of Mystic | 68.41 | |
| Enterprise Rent A Car | 185.30 | |
| Fung Wah Bus Transport | 60.00 | |
| G6 Hospitality | 103.48 | |
| Greyhound Lines | 125.00 | |
| Hamlet Inn | 115.83 | |
| Hertz On Demand | 172.62 | |
| Hertz Rent A Car | 5,986.31 | |
| HI Vu Motor Inn | 60.00 | |
| Holiday Inns | 1,326.67 | |
| Hotel Chantelle | 22.04 | |
| Hotel Metro | 175.62 | |
| Hotel Wolcott | 304.61 | |
| Hotels Com | 373.06 | |
| Hyatt Hotels Grand NY | 149.21 | |
| Jetblue | 2,383.40 | |
| JFK Lot | 18.00 | |
| Killington Lodging | 1,034.59 | |
| La Quinta Innsuites | 90.85 | |
| Ldv Gale Hotel | 595.25 | |
| Lucky River Bus Servic | 30.00 | |
| Lucky River Bus Service | 15.00 | |
| Lucky Star Bus | 30.00 | |
| Midtown Hotel | 342.20 | |
| Njt Nwk Int Airlines 365 | 12.50 | |
| Nomad | 19.24 | |

| Row Labels | Sum of Debits | Sum of Credits |
|---|---|---|
| NYC Bike Share LLC | 231.30 | |
| NYC Dot Metered Parkin | 5.00 | |
| NYC Taxi | 5,010.56 | 4.80 |
| OTG JFK T5 Venture LLC | 65.71 | |
| Parad JFK | 93.86 | |
| Quality Inn Suites | 90.39 | |
| Ramada Inn Boston | 247.96 | |
| Richmond Hotel | 1,324.63 | |
| Soho Grand Hotel | 196.00 | |
| Taxi Cab Service | 8.30 | |
| TaxipassVegas.com | 44.00 | |
| Thayer Hotel | 233.04 | |
| United Airlines | 401.20 | |
| US Airways | 2,704.90 | |
| Water Taxi Beach South | 455.00 | |
| Yellow Cab | 96.11 | |
| Zipcar Inc | 1,351.37 | 75.00 |
| Travel Total | 31,585.55 | 79.80 |
| | | |
| Blank | | |
| Beginning Balance | | |
| Force Closed Account | | 2,052.49 |
| Blank Total | | 2,052.49 |
| | | |
| Unknown | | |
| 59180200016 | 447.40 | |
| 67050304823 | 48.97 | |
| 67190077776 | 16.75 | |
| 67350940011 | 721.37 | |
| 67442200044 | 105.44 | |
| ? | 28.61 | |
| Arooj Zulfiqar | 3,000.00 | |
| At | 1,148.93 | |
| Danielle O'Connor | 500.00 | |
| E-Check ? | 1,660.00 | |
| Harbour Management Service | 5,853.00 | 1,745.00 |
| Stuarts Walker Hersant | 4,238.00 | |
| Transfer to Walid Younes | 1,161.25 | |
| Walid Younes | 2,000.00 | |
| Unknown Total | 20,929.72 | 1,745.00 |
| | | |
| Grand Total | 1,248,316.98 | 1,246,594.08 |